UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL GIBSON,
    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,
    Defendant.
_____/

Case No. 04-74141
Hon. Gerald E. Rosen
Magistrate Judge Mona K. Majzoub

## ORDER OF REMAND

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     March 30, 2006

PRESENT:  Honorable Gerald E. Rosen
                 United States District Judge

The Court having this date entered an order adopting the Magistrate Judge's October 5, 2005 Report and Recommendation, granting in part Plaintiff's motion for summary judgment, and denying Defendant's motion for summary judgment,

NOW, THEREFORE, IT IS HEREBY ORDERED that this case be REMANDED to the Defendant Commissioner for further administrative proceedings consistent with the Magistrate Judge's Report and Recommendation.

Dated: March 29, 2006

                                        s/Gerald E. Rosen
                                        Gerald E. Rosen
                                        United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 30, 2006, by electronic and/or ordinary mail.

                                          s/LaShawn R. Saulsberry
                                        Case Manager